### VAN TURMAN V. THE STATE.

No. 15366. Delivered January 4, 1933.
Rehearing Withdrawn March 8, 1933.
Reported in 57 S. W. (2d) 577.

The opinion states the case.

*T. B. Ridgell,* of Breckenridge, and *John Erhard,* of Dallas, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

LATTIMORE, JUDGE.—Conviction for theft; punishment, two years in the penitentiary.

Our attention is called by the state's attorney with this court to the fact that no notice of appeal appears to have been given, or entered of record as required by the terms of article 827, C. C. P. We have carefuly examined the transcript and find no notice of appeal. Under all the authorities this court is without jurisdiction in such case, and the appeal will be dismissed.

*Dismissed.*

MORROW, PRESIDING JUDGE.—Since the affirmance of the case and the filing of the motion for rehearing, the appellant has filed his written request, duly verified, asking that said motion be withdrawn.

The request is granted, the motion for rehearing is withdrawn, and mandate will issue immediately.

*Withdrawn.*